UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AN WEI,<br><br>    Petitioner,<br><br>     v.<br><br>WARDEN, DESERT VIEW ANNEX, et al.,<br><br>    Respondents. | Case No. 5:26-cv-01481-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed without prejudice.

Dated: June 30, 2026_____

         _____
         JOHN D. EARLY
         United States Magistrate Judge